# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CHARLES TALBERT | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 21-2505 |
| JOSEPH H. EVERS, *et al.* | : | |

# ORDER

**AND NOW**, this 4th day of June 2021, upon screening the pro se incarcerated Plaintiff's Complaint against two state court judges and a state court administrator for violating civil rights but no specific allegations as to harm to him and mindful the state court judges and court administrator are immune from monetary damages and he otherwise cannot state a claim for equitable relief, consistent with Congress's requirement of screening prisoner complaints under 28 U.S.C. § 1915A, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **DISMISS** the Complaint (ECF Doc. No. 1) with prejudice as frivolous, failing to state a claim upon which relief may be granted, and seeks monetary relief and punitive damages from immune judges and court administrator;

2. We **DENY** the incarcerated Plaintiff's Motion for injunctive relief and temporary restraining order (ECF Doc. No. 3) based entirely upon his incorporated complaint; and,

3. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**